(September 24, 1970)

In the Matter of JACK TENZER, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, and IRWIN LANDES, Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.